# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 99-4137

———————

| | |
|---|---|
| Mary A. Moran, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * District of Minnesota. |
| City of Duluth; City of Duluth Police | * |
| Department, | * **[UNPUBLISHED]** |
| | * |
| Appellees. | * |

———————

Submitted: May 5, 2000
Filed: May 19, 2000

———————

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

———————

PER CURIAM.

Mary A. Moran appeals the district court's[1] dismissal under 28 U.S.C. § 1915(e)(2)(B)(i) of her civil action against the City of Duluth, the City Attorney, and the City's police department. Having carefully reviewed the record, we agree with the

———————

[1]The HONORABLE DONOVAN W. FRANK, United States District Judge for the District of Minnesota, adopting the report and recommendations of the HONORABLE RAYMOND L. ERICKSON, United States Magistrate Judge for the District of Minnesota.

district court that it lacked subject matter jurisdiction over Moran's complaint. Accordingly, we affirm.  <u>See</u> 8th Cir. Rule 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.